UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

CARL STEWART,

    Plaintiff,

v.

BL RESTAURANT OPERATIONS, LLC,

    Defendant.

_____ /

## DEFENDANT'S NOTICE OF REMOVAL

Defendant BL Restaurant Operations, LLC hereby provides notice that it is removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Florida Circuit Court – Fifteenth Judicial Circuit, Palm Beach County. In support of removal, Defendant states as follows:

### I. STATEMENT OF THE CASE

1. On or about September 28, 2021, Plaintiff Carl Stewart filed a Complaint against BL Restaurant Operations, LLC in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. The action is styled *Carl Stewart v. BL Restaurant Operations, LLC* and is designated Case No. 50-2021-CA-011117 (hereafter referred to as the "State Action"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant in the State Action are attached hereto as Exhibit A.

2. Defendant was first served with the Summons and the Complaint on October 8, 2021. No other process, pleadings, or orders have been served on Defendant in the State Action other than those included in Exhibit A.

3. The Complaint asserts claims for sex, age, religion, and disability discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 *et seq*. ("Title VII"), American's with Disabilities Act ("ADA"), and the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760.01 *et seq*. ("FCRA") Ex. A, Pl.'s Compl. ¶¶ 1, 37.

## II.  GROUNDS FOR REMOVAL

4. This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 in that it raises a federal question.

5. The Complaint, on its face, raises claims under Title VII and ADA, both federal statutes. Therefore, the Complaint raises a federal question, and it is removable on that basis. 28 U.S.C. §§ 1331, 1441(a).

6. The Court also has supplemental jurisdiction over the remaining state-law claims in Plaintiff's Complaint—under the FCRA—pursuant to 28 U.S.C. § 1367(a) because those claims are based on the same factual allegations against the Defendant, and therefore comprise the same case or controversy, that gives rise to the claims arising under federal law. Moreover, the state-law claims do not present novel issues under state law. In fact, the opposite is true -- the FCRA claims mirror Title VII and ADA claims. As such, the state-claims in this action present the type of claims that federal courts routinely address in the context of employment-discrimination disputes.

7. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court in and for Palm Beach County, Florida. *See* 28 U.S.C. § 1446(a).

## III.  CONSENT OF OTHER DEFENDANTS

8. There are no other defendants who would need to join in or consent to this Notice of Removal.

## IV.  TIMELINESS OF REMOVAL

9. Defendant was first served with initial process on October 8, 2021.  Thus, Defendant is filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## V.  NOTICE OF REMOVAL GIVEN TO STATE COURT

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court in and for the Fifteenth Judicial Circuit in Palm Beach County, Florida.

Accordingly, the case is properly removed to United States District Court for the Southern District of Florida.

Dated: November 8, 2021.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456


<u>Gregory R. Hawran</u>
Gregory R. Hawran
  Florida Bar Number 55989
  gregory.hawran@ogletreedeakins.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gregory R. Hawran
Gregory R. Hawran

**SERVICE LIST**
*Carl Stewart v. BL Restaurant Operations, LLC*
*Case No. _____*
*United States District Court, Southern District of Florida*

Rainier Regueiro, Esq.
rregueiro@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone:  305.416.5000
Facsimile:   305.416.5005

*Counsel for Plaintiff, Carl Stewart*

Method of Service: CM/ECF


Gregory R. Hawran
 gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, Florida 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, BL Restaurant Operations, LLC*

49215453.1